UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES R. UDO, JR.,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.                               CASE No. 8:13-CV-1899-T-23TGW

LINCARE, INC., et al.,

    Defendants.
_____

## REPORT AND RECOMMENDATION

THIS CAUSE came on for consideration upon Defendant Lincare Inc.'s Motion to Compel Deposition of Opt-In Brian Norton (Doc. 71) and the Unopposed Motion to Withdraw as Counsel for Opt-In Plaintiff Brian Norton (Doc. 93). In light of the Order denying the plaintiff's motion for conditional certification, these motions raised the issue of whether the opt-in plaintiffs remain parties in this case. I therefore entered an Order directing the parties to submit memoranda on that issue (Doc. 95).

In its response to my Order, the defendant moves to dismiss the opt-in plaintiffs without prejudice (Doc. 96). The plaintiff, in turn, "without addressing the factual or legal issues in this matter, and with respect to this

specific case only," has filed a Notice of Non-Opposition to Dismissal of the Opt-In Plaintiffs Without Prejudice (Doc. 97).

Accordingly, I recommend that the opt-in plaintiffs in this case be dismissed without prejudice.

Respectfully submitted,

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: OCTOBER 7, 2014

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).