UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES R. UDO, JR.,

    Plaintiff,

v.                                        CASE NO.: 8:13-cv-1899-T-23TGW

LINCARE, INC., et al.,

    Defendants.
_____/

**ORDER**

A September 19, 2014 order (Doc. 95) by Magistrate Judge Thomas G. Wilson directs the parties to address "the issue of whether the opt-in plaintiffs remain parties in this action." In response to the order, the defendant argues for dismissal without prejudice of the opt-in plaintiffs, and the plaintiff announces (Doc. 97) non-opposition. Accordingly, an October 7, 2014 report (Doc. 98) recommends dismissing the opt-in plaintiffs. The report and recommendation (Doc. 98) is **ADOPTED**. The opt-in plaintiffs are **DISMISSED WITHOUT PREJUDICE**.

ORDERED in Tampa, Florida, on October 8, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE